THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* EDWARD W. ROBERTSON, Respondent.

*Crimes — larceny — reversal of judgment of conviction and dismissal of indictment affirmed.*

*People* v. *Robertson*, 201 App. Div. 869, affirmed.
(Argued January 31, 1923; decided February 27, 1923.)

APPEAL from a judgment, entered May 26, 1922, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed a judgment of the Sullivan County Court rendered upon a verdict convicting the defendant of the crime of petit larceny and directed a dismissal of the indictment.

*Henry F. Gardner, District Attorney,* for appellant.
*Ellsworth Baker* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.